

**State of North Carolina**
**Department of Public Safety**
**Prisons**
**Bertie Correctional Institution**

Chapter:       4 Program Services
Section:       .0318
Title:         **Offender Restrictive**
**Housing for Control /**
**Administrative Purposes**
Issue Date:    06/19/19
Supersedes:    2/18/14

## Standard Operating Procedures

### .0318 PURPOSE

The Standard Operating Procedure establishes the conditions of confinement for the following classifications:

(a)    Restrictive Housing Administrative Purpose (RHAP)

(b)    Restrictive Housing Control Purposes (RHCP)

(c)    High Security Maximum Control Purpose

(d)    Protective Custody (PCON)

(e)    Out of Cell Restriction (OUTC)



(d)    <u>Protective Control</u> – Protective Control is the classification status to which an offender may be assigned separate from the general offender population in order to control or protect the offender from self-injury or the threat of harm by other offenders.



**.0318  PROCEDURES:**

Case 5:22-ct-03315-M-RJ    Document 97-6    Filed 08/01/25    Page 3 of 12



Case 5:22-ct-03315-M-RJ      Document 97-6      Filed 08/01/25      Page 4 of 12





(j)     Protective Custody

    (1)     An offender's request to be placed in protective control does not alone constitute grounds for reassignment. The Officer-in-Charge must evaluate all the circumstances of each case. A determination must be made that the offender's request is legitimate, and that confinement is necessary for the continued well-being of the offender. The only purpose for protective control is the protection of the offender when it is apparent that the offender's life or well-being may be threatened if the offender remains in the general population.

    (2)     Generally, offenders will not be assigned to protective control as a result of failure to meet racketeering obligations or other illicit activities before completion of other applicable administrative, disciplinary, or classification action.

    (3)     Procedure: When a staff member receives a request from an offender for protective control:

The staff member will keep the offender isolated from any other offenders and Contact supervisory staff until the offender can be safely transported for PCON housing. The offender will initially be assigned to a 72-hour control status pending further investigation. Justification for this action will be documented through the Control Action Screen (IS11), example, (F11) comments: (offender placed on 72-hour protective control status pending investigation, offender claims to have been threatened by several other offenders). Supervisory staff will begin a detailed investigation or assign the investigation to the appropriate person (assistant unit manager, or sergeant on the offenders housing unit). Initial information will be recorded on a witness statement form (DC-138B) from the reporting staff member and the offender. The statements should include the offender's reason for requesting protective control, names and OPUS numbers of any other offenders involved, details of any claimed assaults on the offender in question, and any other pertinent information. The investigating officer will question any other offenders named in the investigation and have the offenders record their statements on a (DC-138B). If the investigation can be completed within the 72-hour time frame, the investigating officer should place the details uncovered during the investigation in the (F13) comments with recommendation in regard to the offender's request for protective control (approve, disapprove, etc.) If the investigation cannot be completed in the 72-hour approved time frame the offender should be referred for additional protective control housing (not to exceed 15 days total (including the initial 72 hours).

    (A) Offenders may be segregated for an additional period not to exceed a total of 15 days (including the initial 72 hours) with approval of the appropriate Duty

Officer, Assistant Superintendent for Programs II, Assistant Superintendent for Custody Operations or Warden, or their designee (unit manager, assistant unit manager, unit sergeant). The approval will be documented through the Control Action Screen (IS11) with appropriate comments to include justification of the assignment to isolation ex. (approve extension of protective control to complete the investigation). The details uncovered in the investigation will be placed in the (F13) comments section of the referral, with recommendation in regard to the offender request for protective control ex. (investigation revealed no evidence that offender is in danger. Recommend disapproval of further assignment to protective control).

(B) At the conclusion of the investigation by the sergeant at the 72 hour and/or the 15-day approved actions the referral will be routed to the unit manager. The unit manager will review the case and place comments and recommendations in the (F14) comments. In cases where the investigation reveals the need for continued assignment to protective control or the investigation in inconclusive and it appears that the offender will require assignment to protective control for a period greater than 15 days, the unit manager will notify the classification coordinator by Email at least three (3) working days prior to the end of the approved 15-day control action. It is important that this notification be made in a timely manner to provide sufficient time to further investigate the case, be reviewed by the Facility Classification Committee, with disposition by the final approving authority.

(C) If the case requires extension of protective control beyond 15 days, the Classification Coordinator will notify the offender's case manager (ASAP and at least within two days prior to the end of the approved 15-day period) that further action and investigation is needed. The case manager will review all current information and initiate furthermore in-depth investigation by talking with all staff and offenders involved and gathering further statements as necessary. The case manager will initiate a continuation of the protective control action, not to exceed 60 days' total (including the initial 15 days). The case manager will initiate the referral in the (F11) comments detailing the information uncovered during the investigation, with recommendations for approval or disapproval and/or further action. Upon completion of the referral the case manager will route the referral to the Classification Coordinator via OPUS (IP51).

(D) The Classification Coordinator/designee will provide the offender advance notice of review by the Facility Classification Committee on form (DC-123) at least 48 hours before meeting the committee. If the committee determines that continued confinement is appropriate, it will note its findings through the Control Action Screen (IS11) with committee rationale and justification for the control action assignment noted on the appropriate comment screens (F14) comments. Following review by the Facility Classification Committee, the action will be routed to the Unit Manager. The Unit Manager will review the case and complete the unit level review with comments and recommendations

in the (F3) section. The unit manager will route the case to the Assistant Superintendent of Programs for disposition and completion of the facility level review with comments in the (F14) section.

(E) Referrals for extended periods of isolation beyond 60 days, if necessary, are made to a Director's Classification Committee with thorough documentation using the Control Action Screen (IS11). The case manager will request extension of the protective control action not to exceed 180 days and route the referral to the unit manager. The unit manager will complete the unit level review section with comments and recommendations in the (F13) section. The unit manager will route the referral to the classification coordinator via opus (IP51). The classification coordinator will complete a (DC-123) with the offender and schedule review by the Facility Classification Committee. The Classification Coordinator will record the committee minutes in the (F14) comments with recommendation. The classification coordinator will route the referral to the Assistant Superintendent for Programs for review.

(F) Completed referrals will be forwarded to the Classification Services Section Manager (or his/her designee) for review. Offenders considered for protective control status by the Director's Classification Committee must be given advance written notice of the review meeting by the Facility Classification Coordinator on form (DC-123) at least 24 hours before the review.

(G) Offenders approved for protective control will be assigned to a facility that houses protective control offenders.

(H) If an offender requests in writing to be removed from protective control, the Warden, or designee, may review the request to determine that the life or personal safety issues are no longer implicated in the specific cases and remove the requesting offender from protective control, if appropriate. All such actions will be documented using the Control Action Screen (IS11) and forwarded to the Classification Services Manager for administrative review with comment notation confirming the written request by the offender for removal from protective control and will be on file in the offender's unit file.





Warden _____

(a).0018_06_19_19.doc

6/19/19
Date