1.44-1 (Revised 8/15)

# BERTIE CORRECTIONAL INSTITUTION
# REQUEST FOR PROTECTIVE HOUSING

I, _____ # _____, feel that my life is in danger in the general population at Bertie Correctional Institution. I hereby request to be placed in Administrative Segregation for protective housing.

_____          _____
OIC Signature/Date                    Inmate Signature/Date

_____
Witness Signature/Date

## REMOVAL FROM PROTECTIVE HOUSING

I, _____ # _____, do hereby request to be removed from protective housing and be placed in the general population at Bertie Correctional Institution due to no longer having fear for my life or well being in the inmate's general population. I further hereby relinquish the State of North Carolina and the Department of Correction of any and all responsibility for my life or well being other than that of regular departmental policy.

                                    Approved: _____
_____                    Superintendent/Date
Inmate Signature/Date

                                    Denied: _____
_____                    Superintendent/Date
OIC Signature/Date                             Refer to Classification Authority

## INMATE DECLARATION OF NON-PROTECTIVE NEEDS

I, _____ # _____, do not need protective custody, nor do I request protective custody. I request to be placed in the general population where I assume all risks involved normally associated with routine assignment. This is my decision, and I will not hold the Department of Correction responsible for any special protective needs other than those afforded to every inmate in the general population.

_____          _____
OIC Signature/Date                    Inmate Signature/Date

_____
Witness Signature/Date