UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3315-M

KADEEM KIRK, )
 )
    Plaintiff, ) **WRIT OF**
 ) **HABEAS CORPUS**
v. ) **AD TESTIFICANDUM**
 )
JOHN M. SAPPER, et al., ) (Court-Hosted Settlement Conference)
 )
    Defendants. )

TO: Warden Shawn Britt
       Lumberton Correctional Institution
       75 Legend Road
       Lumberton, NC 28359

We command that you produce the body of KADEEM KIRK (OPUS No. 1423517) now held in custody at Lumberton Correctional Institution in Lumberton, North Carolina, and deliver him to the United States Federal Courthouse located at 310 New Bern Ave., Raleigh, North Carolina for the purpose of appearing at the court-hosted settlement conference in the case of *Kirk v. Sapper*, No. 5:22-CT-03315-M on Tuesday, January 6, 2026, at 9:30 a.m. before the Hon. Robert B. Jones, Jr., U.S. Magistrate Judge.

The authorities of the North Carolina Department of Adult Correction ("DAC") are directed to deliver the prisoner to the United States Courthouse at least 30 minutes prior to the hearing, and when the prisoner has served his purpose and is released by the court, return him to the appropriate prison facility. The DAC shall also bring to the attention of the United States Marshal any medical or security concerns regarding the prisoner.

This 29th day of December, 2025.

*[signature]*

Robert B. Jones, Jr.
United States Magistrate Judge

Copies provided to:
*Counsel for Defendants*
*Counsel for Plaintiff*
Shawn Britt, *Warden*
Sharon Clark, *DAC Writ Office*
U.S. Marshals Service, Raleigh, NC