IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CT-3315-M

| | | |
|---|---|---|
| KADEEM KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN M. SAPPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

As a result of the court-hosted settlement conference held on January 6, 2026, the parties have reached an agreement to settle all matters in controversy and shall consummate the settlement and file the appropriate documents to dismiss all claims by no later than **Monday, April 6, 2026**.

SO ORDERED, the 7 day of January, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge